# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

LaTisha Cottman,

    Plaintiff,

v.                                                          Case No. 2:19–cv–5450

Dunbar Armored, Inc., *et al*,                              Judge Michael H. Watson

    Defendants.                                        Magistrate Judge Deavers

## OPINION AND ORDER

LaTisha Cottman ("Plaintiff"), proceeding without the assistance of counsel, filed this case and moved to proceed *in forma pauperis*. Mot., ECF No. 1. The Magistrate Judge issued a Report and Recommendation ("R&R") recommending dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B). R&R, ECF No. 4.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* The R&R advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. ECF No. 4. Plaintiff's Complaint is **DISMISSED**, and the Clerk is **DIRECTED** to terminate this case. The Court also **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that an

appeal of this Order would not be taken in good faith, and as such, if Plaintiff moves for leave to appeal *in forma pauperis*, that request would be denied.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**